William D. MOORE, Plaintiff–
Appellant,

v.

John CROW, Administrator, Lincoln
Correctional Center; Randy S. Mull,
Disciplinary Hearing Officer; Karen
Lopous, Food Service; Roger Patter-
son, Regional Director, Defendants–
Appellees.

No. 14–6935.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 25, 2014.

William D. Moore, Appellant Pro Se.

Before KING and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William D. Moore appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2012) complaint under 28 U.S.C.
§ 1915(e)(2)(B) (2012). We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Moore v.
Crow*, No. 5:14–cv–00015–FDW, 2014 WL
2573036. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*